IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ADAIR TOSTON                                                                                         PLAINTIFF

v.                                            Case No. 6:20-cv-06077

LIEUTENANT WALTER, Ouachita River
Correctional Unit ("ORCU") and CAPTAIN
DALLAS, ORCU                                                                                    DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed September 27, 2021, by the Honorable Barry A Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 34). Plaintiff proceeds in this 42 U.S.C. § 1983 action *pro se* and *in forma pauperis*. Judge Bryant recommended that Defendants' Motion for Summary Judgment (ECF No. 21) be granted, that Plaintiff's official capacity claims be dismissed with prejudice, and that Plaintiff's personal capacity claims be dismissed without prejudice.

Neither party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court finds that the report is without clear error and should be and hereby is adopted *in toto*. Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 21) is **GRANTED**. Plaintiff's official capacity claims against Defendants Walter and Dallas are **DISMISSED WITH PREJUDICE**, and Plaintiff's personal capacity claims against Defendants Walter and Dallas are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 20th day of October 2021.

/s/ *Robert T. Dawson*
**ROBERT T. DAWSON**
**SENIOR U.S. DISTRICT JUDGE**

1